No. 49788.—Protests 34330–K (a), etc., of American Food Exchange, Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.